# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144303(70)

MACOMB COUNTY, MACOMB COUNTY
ROAD COMMISSION, and 16TH JUDICIAL
CIRCUIT COURT,
          Respondents-Appellants,

v

AFSCME COUNCIL 25 LOCALS 411 and
893, INTERNATIONAL UNION UAW
LOCALS 412 and 889, and MICHIGAN
NURSES ASSOCIATION,
          Charging Parties-Appellees.
_____

SC: 144303
COA: 296416
MERC: 07-000083; 07-000086;
07-000087; 07-000115

      On order of the Chief Justice, the motion by the Michigan Municipal League, the Michigan Townships Association, the Michigan Association of Counties and the State Bar Public Corporation Law Section for leave to file a brief *amicus curiae* is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2012

_____
Clerk